IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATRINA EVANS, | ) | 4:08CV3266 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 4(m),

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 10) is granted, as follows: Plaintiff shall have until May 13, 2009, to complete service upon Defendant.

May 11, 2009.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge