IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATRINA EVANS, | ) | 4:08CV3266 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 21) is granted, and the briefing schedule is modified as follows:

1. Plaintiff shall file a brief by September 11, 2009;

2. Defendant shall file a brief by October 12, 2009;

3. Plaintiff may file a reply brief by October 26, 2009; and

4. This case shall be ripe for decision on October 27, 2009.

August 13, 2009.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge